UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| M.S.V.I., a minor child, by and through his parent and next friend J.M.V.M., | Civ. No. 26-419 (PAM/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement, | |
| Respondents. | |

**IT IS HEREBY ORDERED that** Respondents shall immediately return M.S.V.I. to Minnesota. ICE shall not interfere with his parents or family at that date and time.

Dated: <u>January 23, 2026</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge