## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| M.S.V.I., a minor child, by and through his parent and next friend J.M.V.M., | Civ. No. 26-419 (PAM/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement; and Angie Salazar, Acting Director of the Office of Refugee Resettlement; | |
| Respondents. | |

---

This matter is before the Court on the parties' Stipulation for Dismissal. (Docket No. 17.) Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 30, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge