# UNITED STATES DISTRICT COURT

## District of Minnesota

M.S.V.I.
a minor child, by and through his parent and next friend J.M.V.M

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Angie Salazar

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: **26-cv-419 PAM/SGE**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is **DISMISSED without prejudice**.

Date: 1/30/2026

KATE M. FOGARTY, CLERK